**Order entered March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00159-CV

### IN RE JAMES LARAY ROWE, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-35928-W**

## ORDER

By order dated February 10, 2015 we abated this proceeding pursuant to rule 7.2 of the Texas Rules of Appellate Procedure to allow the successor judge to determine whether she wished to take the action requested in relator's petition for writ of mandamus. The trial court has now advised the court the predecessor judge previously ruled on the petition. We **REINSTATE** this proceeding and direct the Clerk to return the case to the Court's active docket. We **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/  BILL WHITEHILL
    JUSTICE